UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGENT ENERGY, LLC, an Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US CAPITAL PARTNERS LLC, a Delaware limited liability company; JEFFREY SWEENEY, an individual; CHARLES V. TOWLE, an individual; and ISH SPENCER, an individual; ANTHONY RODRIGUEZ, an individual,<br><br>Defendants. | Case No.: 14-cv-05432-JSC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

<u>STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION</u>

Plaintiff, Sagent Energy, LLC ("Sagent") and Defendants, US Capital Partners LLC, Jeffrey Sweeney, Charles V. Towle, Ish Spencer, and Anthony Rodriguez ("Defendants") (collectively, the "Parties"), jointly request the Court for an order extending the established deadline to complete mediation in the above-captioned case until August 31, 2015.  In support, the Parties state as follows:

1. On December 12, 2014, Sagent filed its Complaint against Defendants in the District Court for the Northern District of California.  *See* Complaint [Doc. No. 1].

2. On December 16, 2014, the Court entered an Order setting the initial case management conference and ADR deadlines (the "Order").  *See* Order [Doc. No. 5].

3. On March 2, 2015, Defendants filed an Answer to the Complaint. *See* Answer [Doc. No. 25].

4. On March 5, 2015, the Court granted Parties' request to change the date of the Initial Case Management Conference to April 16, 2015 [Doc. No. 31].

5. On April 3, 2015, the Parties filed a Joint Case Management Statement requesting that the Deadline to Complete Mediation be set on June 30, 2015 [Doc. No. 38]. On April 21, 2015, the Court entered a Pretrial Order, setting the Deadline to Complete Mediation on June 30, 2015 [Doc. No. 46].

6. At the April 16, 2015 Initial Case Management Conference, it was anticipated and discussed with Judge Corley that an extension to the Deadline to Complete Mediation might need to requested in order to complete discovery needed prior to mediation.

7. On June 9, 2015, prior to a call with the Court assigned mediator, Brian Haughton, the Parties discussed potential objections to discovery. Defendants' counsel indicated to Plaintiff's counsel that Defendants intended to object to certain Discovery Requests by Plaintiff. During the subsequent call with Brian Haughton, the Parties agreed to request an extension of the mediation deadline until August 31, 2015 so that the Parties would have time to potentially resolve this discovery dispute.

8. Accordingly, the Parties request that the Deadline to Complete Mediation be continued until August 31, 2015.

9. The requested extension is not made for the purpose of delay, but instead is requested to more efficiently and effectively litigate and mediate this case.

10. Extension of the deadline requested in this Request would only result in

changing the Deadline to Complete Mediation and would not affect any other deadlines established in the case.

   11. No previous requests for extensions of the deadlines set in the Pretrial Order have been made in this case.

Dated: June 16, 2015

Respectfully submitted,

By

*s/ Christopher L. Morrow*
RONALD T. SHINN JR., (appearing *pro hac vice*)
ron.shinn@mcafeetaft.com
CHRISTOPHER L. MORROW, (appearing *pro hac vice*)
chris.morrow@mcafeetaft.com
McAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Phone: (405) 235-9621
Facsimile: (405) 235-0439

and

JENNIFER DONNELLAN (State Bar # 210795)
Email: jbrown@cornerlaw.com
JOHN C. BROWN (State Bar # 195804)
Email: jdonnellan@cornerlaw.com
CORNERSTONE LAW GROUP
575 Market Street, Suite 3050
San Francisco, California 94105
Phone: (415) 974-1900
Facsimile: (415) 974-6433

**Attorneys for Plaintiff, SAGENT ENERGY, LLC**

And

Dated: June 17, 2015

*s/ Ayse Kuzucuoglu*
*Signed with permission of Counsel*
VEDDER PRICE (CA), LLP
AYSE KUZUCUOGLU, Bar No. 251114
akuzucuoglu@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
Phone: (415) 749-9500
Facsimile: (415)749-9502

**Attorneys for Defendants,
US CAPITAL PARTNERS, LLC, JEFFREY SWEENEY, CHARLES V. TOWLE, ISH SPENCER and ANTHONY RODRIGUEZ**

[GRANTED — Judge Jacqueline Scott Corley, United States District Court, Northern District of California]